# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARCOS BARAJAS, <br> Defendant. | Case No. 18-cr-00159 LHK (NC) <br> **DETENTION ORDER** <br> Hearing: June 5, 2019 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on June 5, 2019, held a hearing to review pretrial release conditions for defendant Barajas. The defendant is charged in this case by indictment for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). He was initially released on a $75,000 unsecured appearance bond by Magistrate Judge Howard Lloyd. Barajas then was arrested on an alleged violation of his state probation and was transferred to federal custody on a writ. The defendant appeared at the hearing with his counsel, Robert Lyons.

Based on the information presented to the Court, the Court determines that the prosecution has shown by more than a preponderance of the evidence that there is a risk of non-appearance. That risk is evidenced by Barajas' alleged misconduct while on release and by the state probation hold. The Court has scheduled a further hearing for August 6,

2019, at 1:30 p.m., to consider additional information and argument.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: June 11, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge